# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| NEDRA POLK, | : | Case No. 1:19-cv-00001 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| SABER HEALTHCARE GROUP, LLC. | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Before the Court is a stipulated motion (Doc. 12) for an order of dismissal with prejudice. The parties also request the Court retain jurisdiction over settlement to the extent necessary. (*Id*. at 1).

Accordingly, for good cause shown and upon consideration of the parties' stipulated motion to dismiss pursuant to Rule 41(a)(2), it is hereby ordered that:

1. With consent of the parties, the Court shall retain jurisdiction over the settlement of this matter, to the extent necessary; and

2. Except as provided in Paragraph 1, the case is **DISMISSED with prejudice**, and shall be **TERMINATED** on the docket of this Court; and

3. Per their agreement, the parties will pay their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: 7/8/2021

*s/Timothy S. Black*
Timothy S. Black
United States District Judge